UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.

JERREIL LAMOUNTA MARTIN

    Defendant(s).

Case No. 1:22-cr-00112

Hon. Robert J. Jonker

**GOVERNMENT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

I. DISCOVERY

    A. Statements of Defendant

        1. Oral Statements (Rule 16(a)(1)(A))

☐ There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).

☒ There are the following written records of oral statements:

> Statements made by Jerreil Martin to Kentwood Police on 02/16/2022, memorialized in Kentwood police reports.
> Statements by by Jerreil Martin to ATF special agents on 08/19/22, memorialized in an ATF "ROI" report.

The substance of which

☐ has been disclosed to defense counsel.

☒ will be disclosed to defense counsel by August 26, 2022.

        2. Written or Recorded Statements (Rule 16(a)(1)(B))

☐ There are no written or recorded statements or grand jury testimony of defendant.

☒ There are the following written or recorded statements or grand jury testimony:

> Statements made by Jerreil Martin to Kentwood Police on 02/16/2022, which was video and audio recorded.
> Statements by by Jerreil Martin to ATF special agents on 08/19/22, which were audio recorded.

All written or recorded statements

☐ have been disclosed to defense counsel.

☒ will be disclosed to defense counsel by August 26, 2022.

B. <u>Defendant's Prior Record (Rule 16(a)(1)(D))</u>

☒ The Government has made due inquiry and is not aware of any prior criminal record.

☐ The Government has disclosed defendant's prior criminal history.

☐ The Government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C. <u>Documents and Tangible Objects (Rule 16(a)(1)(E))</u>

☐ The Government has no documents, tangible objects, or physical evidence required to be disclosed.

☒ The Government has the following documents, tangible objects, and physical evidence:
  ☐ Drug Paraphernalia   ☐ Drug Records   ☐ Inventory (attached)
  ☐ Controlled Substances: _____
  ☒ Records: _Firearm store (FFL) sale records, ATF form 4473s, ATF reports_
  ☐ Firearms: _____
  ☒ Other: _Surveillance video footage, cell phone Cellebrite report/download_

☐ The Government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:
  ☐ State
  ☐ Federal:
    Case No. _____   Re: _____
    Case No. _____   Re: _____
    Case No. _____   Re: _____

☐ They have been made available for inspection and copying by defense counsel.
☒ Defense counsel should make arrangements with:
    AUSA Erin Lane

D. <u>Reports of Examinations and Tests (Rule 16(a)(1)(F))</u>

☒ The Government has no reports of examinations or tests required to be disclosed by Rule 16.

☐ The Government has or expects to have reports of the following examinations and tests:
  ☐ Drug Analysis     ☐ Handwriting       ☐ Fingerprints
  ☐ DNA               ☐ Firearms/Nexus    ☐ Gun Operability
  ☐ Computer Forensics ☐ Other: _____

E. <u>Reciprocal Discovery</u>

☒ The Government seeks reciprocal discovery.

F. <u>Notice Under FRE 404(b)</u>

☒ The Government does not presently intend to introduce 404(b) evidence.

☐ The Government does presently intend to introduce the following 404(b) evidence:

☒ The Government will provide pretrial notice of 404(b) evidence by  1 month before trial .

G. <u>Other Discovery Matters</u>

II. <u>TRIAL</u>
   A. The Government requests a   ☒ jury   ☐ non-jury  trial.
   B. The length of trial excluding jury selection is estimated at  2 days .

III. <u>MISCELLANEOUS</u>

The parties acknowledge that if the case is appropriate for expedited resolution, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒ The Government is unaware at this time of any known conflict with defendant's representation by counsel. The United States will immediately advise counsel if any such conflict becomes known.

☐ The Government is aware of the following potential conflicts:

☒ Government's plea negotiation policy:

To benefit from concessions by the government, Defendant must enter into a plea agreement no later than one (1) week before the Final Pretrial Conference.

Date   August 23, 2022                                /s/Erin K. Lane
                                              Counsel for the United States

(Rev. 03/01/2019)