# Attachment 1

*Letters of Support*

Dontrail Davonn Martin



January 2, 2023

To: The Honorable Robert J. Jonker

I, Dontrail Davonn Martin am writing on the behalf Jerreil Lamounta Martin, who faces sentencing before your court. Jerreil has never been arrested, sent to jail or had any prior charges, prior to this case. So I was very shocked and troubled to hear about Jerreil's current case and charges. I understand the seriousness of this matter, I also recognize that he has broken the law. Jerreil has expressed to me on numerous of occassions on how remorseful he is and takes full responsibility for his actions.

Mr. Jerreil Martin is my brother I have known him all of his life we have grown up in the same household together. I can attest to his charter knowing him very well. Jerreil has always been a very helpful and trustworthy person. In high school jerreil was very active in sports, school events and community service. As a requirement to graduate high school he attained over 200 hours of community service. After high school Jerreil moved to Grand Rapids, MI to help my aunt with her children. While holding employment he helped babysit the children, walked them to and from school and cooked meals. I have witnessed first hand how helpful, dependable and trustworthy Jerreil has been in their household.

I have witness Mr. Martin go through many ups and downs in life. I have given Mr. Martin many talks and advice I still believe Mr.Martin is a decent person at the core. Jerreil was heading in the right direction prior to this case Mr. Martin was approved for an apartment and was working to get his drivers license. Mr. Martin is very determined get his life back in order. Thank you for taking the time to consider my letter on the character of Mr.Martin.

Dontrail Davonn Martin BSN, RN

Velma Martin

▇▇▇▇▇▇▇▇

To: Judge: Robert J. Jonker

    I'm Velma Martin Jerreil Martin's mother I work in retail. I've worked in retail for the past 28 years. there is so much i could say about my son. Jerreil is a very helpful person, he hasn't giving me much trouble growing up he did what the average kids did going up. dealing with peer pressure as an adolescence was a struggle, but he got through it and went on to graduate form high school and got a job. My son is not a bad person's

   Jerriel is learning his lesson for his naïve  mistakes that he's made  that got him to this place and now looking at jail time. I know he will be punished as he should be but prison is not a place for him. I don't want prison to change him and make him into a bad person. I love my son so very much

   Jerreil and i talk very often and he is very remorseful for what he has done. I wish I could articulate my thoughts.

Thank You for your time,
    Velma Martin
▇▇▇▇▇▇▇▇

1

My name is Samuel I'm one of Jerreils older brothers. Jerreil is the middle child out of 5 of my moms kids. When I heard of the trouble Jerreil was in I was in disbelief, I know he struggled growing up with not having our dad in the picture, I think not having our dad around really bothered Jerreil and me and him have the same dad and I am Jerreils only full blooded sibling. Me and Jerreils time away from our dad affected us differently I had shut down and became antisocial and for Jerreil he would do things to get attention but he was never a bad kid I never seen him harm anyone I don't think he has it in him to do harm to anyone because he has a good heart and I know this because even now with this situation he is going through he keeps his head high and still looks after our Mom and younger sisters. I know Jerreil just needs time to reinvent himself and I know he can do that by being at home with my Mom Because I can tell in Jerreils eyes how much he regrets all his decisions he loves his family and I can tell he just wants to prove to everyone how good of a person he is. Jerreil made a lot of mistakes hanging with the wrong crowd but jerreil is someone who will do anything for his friends and family although I know that some of his friends may have token him down the wrong path sometimes but I do know that he realizes that all that matters is Family and being a good person in this world I know this because he shows it everyday.

Sent from my iPhone